

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AB:MT:sw
F.#2009R00195
Disc. 10

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 23, 2010

**Via ECF and Federal Express**

All Defense Counsel

      Re:  United States v. James Bombino, <u>et al</u>.
            <u>Criminal Docket No. 10-147 (S-1)(SLT)</u>

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

**TITLE III EVIDENCE**

      Pursuant to the stipulation signed by the parties, attached to this letter are draft transcripts of conversations recorded pursuant to a court-ordered wiretap of telephone number (732) 921-3219, listed to Anthony O'Donnell.

| DX # | Description | Bates Range |
|---|---|---|
| 38 | Draft excerpt transcript of call number 8, dated 11/10/04 | 14243-14244 |
| 39 | Draft excerpt transcript of call number 910 (PTT), dated 12/22/04 | 14245-14246 |
| 40 | Draft excerpt transcript of call number 2441, dated 12/22/04 | 14247-14249 |
| 41 | Draft excerpt transcript of call number 2444, dated 12/22/04 | 14250-14251 |
| 42 | Draft excerpt transcript of call number 2447, dated 12/22/04 | 14252-14253 |
| 43 | Draft excerpt transcript of call number 2483, dated 12/22/04 | 14254-14255 |

Please contact me if you have any questions or additional requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:  _____/s/_____
Samantha Ward
Paralegal Specialist
(718) 254-6142

cc:  Clerk of the Court (SLT) (by ECF *without* attachments)