FILED Case 1:10-cr-00147-SLT   Document 209   Filed 01/05/11   Page 1 of 1
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 0 5 2011 ★

BROOKLYN OFFICE

# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

December 20, 2010

The application is ~~granted~~
☒ denied

Sandra L. Townes, U.S.D.J.
Dated: December 22, 2011
Brooklyn, New York

**BY HAND**

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Michael Persico, 10 Cr. 147 (SLT)*

Dear Judge Townes:

    We respectfully write to request that Mr. Persico be permitted to spend Christmas Eve and Christmas Day in the same home as his brother-in-law Angelo Spata. Mr. Spata is the husband of Mr. Persico's sister Susan, and they have three young children. Both Mr. and Mrs. Spata are co-signors on Mr. Persico's five million dollar bond and have pledged their home as security. Mr. Spata has no criminal record, is not a member of any criminal organization and has no pending criminal charges. Although the government had no objection to Mr. Spata serving as a surety on Mr. Persico's bond, it has nevertheless included Mr. Spata on the non-association list it created for Mr. Persico. We recognize that the Court does not wish to alter the government's non-association list at this time. We respectfully ask, however, that the Court grant Mr. Persico permission to be in the same home as Mr. Spata for their family's holiday gatherings on Christmas Eve and Christmas Day, as they have done each year for nearly two decades, for the sake of their young children. Mr. Persico assures the Court that he will continue not to engage in any criminal conduct and will continue to comply with his conditions of release on bail in all respects.

Respectfully submitted,
/s/
Sarita Kedia
Paul Shechtman

cc: Amy Busa
    Michael Tremonte
    Assistant United States Attorneys