```
AB:RJN/MT
F.#2009R00195
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

ALICIA DIMICHELE,
    also known as "Alicia
    Garofalo,"
EDWARD GAROFALO, JR.,
    also known as
    "Bobble" and
    "Tall Guy,"
MICHAEL J. PERSICO,
THEODORE N. PERSICO, JR.,
    also known as
    "Skinny" and
    "Teddy,"
THOMAS PETRIZZO,
ANTHONY PREZA,
LOUIS ROMEO and
MICHAEL D. SCIARETTA,

        Defendants.

- - - - - - - - - - - - - - - - - X

**LIMITED UNSEALING ORDER**

Cr. No. 10-147 (S-1) (SLT)

       Application having been made on behalf of the UNITED STATES OF AMERICA, by Assistant United States Attorney Rachel Nash for an Order authorizing the disclosure of the orders, applications, affidavits, periodic reports prepared in connection with such orders, applications and affidavits, and intercepted communications set forth below to: (1) the United States Attorney's Office for the Eastern District of New York and the federal agents participating in the investigation and prosecution of the above-captioned matter and (2) after review by the United States Attorney's Office for the Eastern District of New York, to defense counsel in the above-captioned matter

2

and full consideration having been given to the matters set forth therein,

IT IS HEREBY ORDERED that copies of the orders, applications, affidavits, periodic reports prepared in connection with such orders, applications and affidavits, and intercepted communications listed below be disclosed to the United States Attorney's Office for the Eastern District of New York and the federal agents participating in the investigation and prosecution of the above-captioned matter and that upon its review, the United States Attorney's Office for the Eastern District of New York may furnish to defense counsel in the above-captioned matter the relevant orders, applications, affidavits, periodic reports and intercepted communucations:

| Date of Authorization (Judge/Court) | Facility Intercepted |
|---|---|
| March 18, 1992 (Hon. Edward Rafeedie) | Oral Communications within the premises known and described as the Visitor Rooms consisting of (1) the main visitor's room located at the main prison building and (2) a visitor's room specially designed and located to accommodate inmates housed in the Special House Unit, both located at the U.S. Penitentiary Lompoc, Lompoc, California. |
| February 14, 1992 (Hon. Edward Rafeedie) | Oral Communications within the premises known and described as the Visitor Rooms consisting of (1) the main visitor's room located at the main prison building and (2) a visitor's room specially designed and located to accommodate inmates housed in the Special House Unit, both located at the U.S. Penitentiary Lompoc, Lompoc, California. |

3

| | |
|---|---|
| January 10, 1992 (Hon. Edward Rafeedie) | Oral Communications within the premises known and described as the Visitor Rooms consisting of (1) the main visitor's room located at the main prison building and (2) a visitor's room specially designed and located to accommodate inmates housed in the Special House Unit, both located at the U.S. Penitentiary Lompoc, Lompoc, California. |
| December 11, 1991 (Hon. Edward Rafeedie) | Oral Communications within the premises known and described as the Visitor Rooms consisting of (1) the main visitor's room located at the main prison building and (2) a visitor's room specially designed and located to accommodate inmates housed in the Special House Unit, both located at the U.S. Penitentiary Lompoc, Lompoc, California. |

IT IS FURTHER ORDERED that the original orders, applications, affidavits, periodic reports prepared in connection with such orders, applications and affidavits, and intercepted communications shall remain sealed, and no further disclosure of any of such orders, applications, affidavits, periodic reports prepared in connection with such orders, applications and affidavits, and intercepted communications shall be made by any

4

person without authorization of a judge of competent jurisdiction.

Dated: Brooklyn, New York
       May ___, 2011

                                    _____
                                    THE HONORABLE SANDRA L. TOWNES
                                    UNITED STATES DISTRICT JUDGE
                                    EASTERN DISTRICT OF NEW YORK