**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

AB:MT:RN:sw  
F.#2009R00195  
Disc. 16

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

May 25, 2011

**Via ECF and Federal Express**

All Defense Counsel

      Re:  United States v. James Bombino, et al.
           Criminal Docket No. 10-147 (S-1)(SLT)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case. The government hereby reiterates its request for reciprocal discovery.

**STATEMENTS OF THE DEFENDANTS**

    Pursuant to the stipulation signed by the parties, attached to this letter are draft transcripts of: (1) portions of conversations recorded by a cooperating witness; and (2) draft transcripts of conversations recorded pursuant to a court-ordered wiretap of telephone number (732) 921-3219.

    1.   **Consensual Recording Transcripts**

    The recordings corresponding to Discovery Exhibits 50 through 58 are contained in Discovery Exhibit 46, provided on April 22, 2011.

| DX # | Description | Bates Range |
|---|---|---|
| 50 | Draft excerpt transcript of conversation dated 12/4/06 | 29110-29112 |
| 51 | Draft excerpt transcript of conversation dated 1/11/07 | 29113-29118 |
| 52 | Draft excerpt transcript of conversation dated 1/16/07 (Clip 1) | 29119-29120 |
| 53 | Draft excerpt transcript of conversation dated 1/16/07 (Clip 2) | 29121-29135 |

| DX # | Description | Bates Range |
|---|---|---|
| 54 | Draft excerpt transcript of conversation dated 1/16/07 (Clip 3) | 29136-29139 |
| 55 | Draft excerpt transcript of conversation dated 1/16/07 (Clip 4) | 29140-29142 |
| 56 | Draft excerpt transcript of conversation dated 1/16/07 (Clip 5) | 29143-29146 |
| 57 | Draft excerpt transcript of conversation dated 1/16/07 (Clip 6) | 29147-29151 |
| 58 | Draft excerpt transcript of conversation dated 1/16/07 (Clip 7) | 29152-29154 |

2. **Title III Recording Transcripts**

The recordings corresponding to Discovery Exhibits 59 and 60 are contained in Discovery Exhibit 8, provided on March 23, 2010.

| DX # | Description | Bates Range |
|---|---|---|
| 59 | Draft excerpt transcript of call 5184, dated 12/9/04 | 29155-29157 |
| 60 | Draft excerpt transcript of call 5186, dated 12/9/04 | 29158-29162 |

Please contact me if you have any questions or additional requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:      /s/
Samantha Ward
Paralegal Specialist
(718) 254-6142

cc: Clerk of the Court (SLT) (by ECF *without* attachments)