

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NMA:RJN/AL/MT
F.#2010R00195

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 6, 2011

**By Hand and ECF**

The Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Michael Persico
            Criminal Docket No. 10-0147 (S-2) (SLT)

Dear Judge Townes:

       The government respectfully submits this letter to correct the record regarding the November 13, 2009 consensual recording of Anthony Russo and others, which recording was referenced in the government's letter in further support of detention filed on September 12, 2011, the defendant's sur-reply submitted on September 13, 2011 and discussed during oral argument on September 15, 2011.

       Upon further review, the government believes that, although Russo mentioned Michael Persico earlier in this conversation, Russo attributed the statement "I'm his [Persico, Jr.'s] cousin, so when I tell him to get rid of you,

he's gonna get rid of you," to Alphonse Persico – not Michael Persico.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

By: _____/s/_____
     Rachel J. Nash
     Allon Lifshitz
     Michael Tremonte
     Assistant U.S. Attorney
     (718) 254-6072/6164/6389

Enclosures

cc:  Sarita Kedia, Esq. (via ECF)
     Paul Shechtman, Esq. (via ECF)