# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

March 5, 2012

**BY ECF**

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      *Re:*    *United States v. Michael Persico, et al., 10 Cr. 147 (S-4) (SLT)*

Dear Judge Townes:

      On behalf of Michael Persico, we respectfully write to join in the defendants' opposition to the government's motion for an anonymous and partially sequestered jury.  For the reasons stated in the co-defendants' opposing submissions, we do not believe an anonymous and/or partially sequestered jury is constitutional, necessary or warranted in this case.

      Respectfully submitted,
      /s/
      Sarita Kedia

      Paul Shechtman

cc:    Government counsel
       All defense counsel
       (By ECF)