# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

March 13, 2012

**BY ECF**

Nicole Argentieri
Rachel Nash
Allon Lifshitz
Assistant United States Attorneys
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

                       *Re:*     *United States v. Persico, et al., S-4 10 Cr. 147 (SLT)*

Dear Government Counsel:

      On behalf of Michael Persico, Theodore Persico Jr. and Francis Guerra, we ask that the government immediately produce, pursuant to Rule 16(a)(1)(E)(i), the following materials to the defense:

(1) We renew our request for any and all documents within the government's possession, custody or control relating to the death of Joseph Scopo, including the New York City Police Department's homicide file; and

(2) All and all prison records for Joseph Monteleone Sr. (Reg. No. 16230-053), Anthony ("Chucky") Russo (Reg. No. 42252-053) and Joseph Russo (Reg. No. 19793-054) from January 1990 through December 1994.

      If you do not intend to produce these materials, please let us know immediately in order that we may seek the appropriate relief from the Court.

                                                         Very truly yours,
                                                         /s/
                                                         Sarita Kedia

                                                         Paul Shechtman