# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

April 26, 2012

**BY ECF**

Nicole Argentieri
Rachel Nash
Allon Lifshitz
Assistant United States Attorneys
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

       *Re:*  *United States v. Persico, et al., S-4 10 Cr. 147 (SLT)*

Dear Government Counsel:

  As you know, we are awaiting receipt of documentation previously requested relating to the charges advanced in Racketeering Acts One and Two of Count One. We also ask that you produce any and all additional recordings made by cooperating witness Kenneth Geller. From the evidence produced thus far, it appears that Geller made at least 109 consensual recordings between 1990 and February 1991 of which the government has thus far produced only 61. Please provide the remainder of the recordings immediately.

            Very truly yours,
            /s/
            Sarita Kedia

            Paul Shechtman