**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X

UNITED STATES OF AMERICA

       -v-                                              10 Cr. 147 (S-4) (SLT)

MICHAEL PERSICO, et al.,                          **NOTICE OF MOTION**

                        *Defendants*.

------------------------------------------------------X

       **PLEASE TAKE NOTICE THAT**, upon the annexed affirmation of SARITA KEDIA,

dated the 18th day of May, 2012, and the memorandum of law submitted herewith, the defendant

Michael Persico will move this Court before the Honorable Sandra L. Townes, United States

District Judge, at the United States Courthouse for the Eastern District of New York, 225

Cadman Plaza East, Brooklyn, New York, on a date fixed by this Court, for an Order

    I.   To suppress any and all fruits of the February 7, 1991, search of the business premises

known as Romantique Limousines on the following grounds: (1) the probable cause affidavit

knowingly and recklessly contained numerous falsehoods and material omissions; (2) the

warrant was overbroad, calling for the seizure of items unrelated to the crime ostensibly

committed; and (3) the search was unlawfully executed; and

II.      Grant such other and further relief that this Court deems just and proper.

Dated:      New York, New York
            May 18, 2012

                    Respectfully submitted,
                    /s/
                    Sarita Kedia
                    Sarita Kedia Law Offices, P.C.
                    5 East 22nd Street, Suite 7B
                    New York, New York 10010
                    (212) 681-0202

                    Paul Shechtman
                    Zuckerman Spaeder LLP
                    1185 Avenue of the Americas
                    New York, NY 10036
                    (212) 704-9600

TO:    Honorable Sandra L. Townes
       United States District Judge

       Government Counsel