# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

info@kedialaw.com                                                          TEL: 212.681.0202
                                                                           FAX: 212.614.0202

May 26, 2012

**BY ECF**

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re:*    *United States v. Frank Guerra, et al., 10 Cr. 147 (S-4) (SLT)*

Dear Judge Townes:

      On behalf of Michael Persico, we respectfully write regarding the government's supplemental motion in limine filed on May 20, 2012, to admit recordings made at FCI Milan during Alphonse Persico's incarceration there. As noted in the government's submission, pending before the Court is our motion to suppress the government's use of those recordings as it has failed to prove that authorization was received as required under Title III or that the recordings were consensual. In the event that the Court does not preclude the admission of the recordings for that reason, we will then respond to the government's supplemental motion to admit the Milan recordings.

                                 Respectfully submitted,
                                 /s/
                                 Sarita Kedia
                                 Paul Shechtman

cc:     Government counsel
          All defense counsel
          (By ECF)