SLR:LDM:BDM
F:#2010R00195

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-

THEODORE PERSICO, JR., et al.

        Defendants.

- - - - - - - - - - - - - - - -X

BILL OF PARTICULARS

10 CR 147 (S-4)(SLT)

        The United States of America, by and through Loretta E. Lynch, United States Attorney for the Eastern District of New York, Brian D. Morris, Assistant United States Attorney, of counsel, hereby files the following Bill of Particulars for forfeiture of property.

        The government hereby supplements the criminal forfeiture allegations set forth in the Superseding Indictment filed on February 9, 2012 (Dkt. #376) to provide notice that the United States, pursuant to (i) Title 18, United States Code, Sections 1963(a) and 1963(m), (ii) Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), and/or (iii) Title 21, United States Code, Sections 853(a) and 853(p), additionally seeks forfeiture of:

(1) The real property, together with its respective buildings, appurtenances, improvements, fixtures, attachments, easements and furnishings, located at 6713 11th Avenue, Brooklyn, New York;

(2) The real property, together with its respective buildings, appurtenances, improvements, fixtures, attachments, easements and furnishings, located at 1421 86th Street, Brooklyn, New York; and

(3) The real property, together with its respective buildings, appurtenances, improvements, fixtures, attachments, easements and furnishings, located at 8520 7th Avenue, Brooklyn, New York.

The United States reserves the right to supplement or amend this Bill of Particulars.

Dated:   Brooklyn, New York
         May 30, 2012

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

                         By: /s/_____
                              Brian D. Morris
                              Assistant United States Attorney
                              (718) 254-7000