

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA/RN/AL  *271 Cadman Plaza East*
F.#2009R00195  *Brooklyn, New York  11201*

June 1, 2012

By ECF

Sarita Kedia, Esq.
5 East 22nd Street
Suite 7B
New York, New York 10010

      Re:  United States v. Michael Persico
           Criminal Docket No. 10-147 (S-4)(SLT)

Dear Ms. Kedia:

     The government writes in response to your letter dated May 20, 2012 (Docket Entry No. 474), in which you requested certain material and information relating to Reynold Maragni. The government responds as follows:

     1.  The government's submission to Judge Matsumoto appealing Judge Bloom's grant of bail was filed as Docket Entry No. 245 in United States v. Maragni, 11 CR 30 (KAM).  A copy is enclosed.

     2.  The government has ordered the transcript of the March 4, 2011, bail hearing.  It will provide a copy to you upon receipt.

     3.  Enclosed is a copy of the transcript of the March 29, 2011, bail hearing.

     4.  The government filed a supplemental letter on December 9, 2011, in support of its motion for a modification of Maragni's bail following questions posed by Judge Matsumoto's chambers.  The government is not aware of any order or transcript of a proceeding in which Judge Matsumoto requested more

information regarding conditions addressed in the government's letter dated December 7, 2011.

                                    Very truly yours,

                                    LORETTA E. LYNCH
                                  United States Attorney

                    By:       /s/
                                  Nicole M. Argentieri
                                  Rachel Nash
                                  Allon Lifshitz
                                  Assistant U.S. Attorneys
                                  (718) 254-6232/6072/6164

cc:  Clerk of Court (SLT) (by ECF)