

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA/RN/AL
F.#2009R00195

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 1, 2012

<u>By ECF</u>

Sarita Kedia, Esq.
5 East 22nd Street
Suite 7B
New York, New York 10010

      Re: <u>United States v. Michael Persico</u>
          <u>Criminal Docket No. 10-147 (S-4)(SLT)</u>

Dear Ms. Kedia:

      The government writes in response to your letter dated May 20, 2012 (Docket Entry No. 474), in which you requested certain material and information relating to Reynold Maragni, and to supplement the letter filed by the government earlier today (Docket Entry No. 505). In further response to your request, enclosed is a copy of the transcript of the March 4, 2011, bail hearing.

                                Very truly yours,

                                LORETTA E. LYNCH
                                United States Attorney

              By:      /s/
                      Nicole M. Argentieri
                      Rachel Nash
                      Allon Lifshitz
                      Assistant U.S. Attorneys
                      (718) 254-6232/6072/6164

cc: Clerk of Court (SLT) (by ECF)