

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA/RN/AL
F.#2009R00195

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

June 2, 2012

**By Email**

Defense Counsel

    Re:  United States v. Michael Persico
         Criminal Docket No. 10-0147 (SLT)

Dear Counsel:

    The government writes in response to Ms. Kedia's letter of June 1, 2012.

    First, with regard to your request for the government to facilitate the production of Alphonse Persico and John Pappa, who are both in custody, the appropriate procedure is for the defendant to prepare a writ directing the Bureau of Prisons to produce these inmates and then present the writ to the Court and the United States Marshal Service.  The government is under no obligation to prepare that writ on your behalf.

    Second, with regard to your request for the government to produce Carmine Sessa, Ronald Moran, Maritza Medina and John Paladino, the government has already advised you that these individuals are not under the government's control.  Therefore, the government cannot produce them for you, for trial or for any other purpose.

  Finally, the government has no additional information to provide with regard to John Pate and Salvatore Miciotta.

          Very truly yours,

          LORETTA E. LYNCH
          United States Attorney

       By: /s/
         Nicole M. Argentieri
         Rachel J. Nash
         Allon Lifshitz
         Assistant U.S. Attorneys
         (718) 254-6232

cc: Clerk of Court (SLT) (by ECF)