UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

   -against-

MICHAEL PERSICO,

            Defendant.

**ORDER MODIFYING CONDITIONS OF RELEASE AND BOND**

10 Cr. 147 (S-6) (SLT)

-----------------------------------------------------------X

      Upon the application of Sarita Kedia and Paul Shechtman, attorneys for the defendant MICHAEL PERSICO, it is hereby

      ORDERED that the conditions of release on bond for the defendant MICHAEL PERSICO are modified as follows: (1) the amount of the bond is reduced from five million dollars to three million dollars; (2) Mr. Persico is permitted to communicate with Daniel Persico, Sean Persico and Frank Leone and he is permitted to communicate by telephone with his father Carmine Persico and his brother Alphonse Persico; and (3) he is permitted to travel within the United States.

Dated:    Brooklyn, New York
           June 29, 2012

                              s/ SLT

                          Honorable Sandra L. Townes
                          United States District Judge