

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 9, 2013

**FILED BY ECF**
<u>**COURTESY COPY BY INTEROFFICE MAIL**</u>
Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Michael Persico
         <u>Cr. No. 10-147 (S-6) (SLT)</u>

Dear Judge Townes:

    Enclosed please find a proposed Order of Forfeiture in the above-captioned case, the terms of which defendant Michael Persico has agreed to in a plea agreement entered into in connection with his guilty plea accepted before Your Honor on June 8, 2012. Accordingly, the government respectfully requests that the Court "so order" the enclosed.

    Thank you for Your Honor's consideration of this request.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            UNITED STATES ATTORNEY

                            /s/
                            Brian D. Morris
                            Assistant United States Attorney
                            (718) 254-6512

Encl.

cc:  <u>Via ECF</u>
     Sarita Kedia, Esq

     <u>Via Interoffice Mail</u>
     AUSA Allon Lifshitz