

U.S. Department of Justice

United States Attorney
Eastern District of New York

AL
F.#2010R00195

271 Cadman Plaza East
Brooklyn, New York 11201

August 22, 2016

<u>By ECF and Email</u>

| | | |
|---|---|---|
| Maurice Sercarz, Esq. | Marc A. Fernich, Esq. | Sarita Kedia, Esq. |
| Sercarz & Riopelle, LLP | Law Offices of Marc Fernich | Law Offices of Sarita Kedia |
| 810 Seventh Avenue | 810 Seventh Avenue | 5 East 22nd Street |
| Suite 620 | Suite 620 | Suite 7B |
| New York, NY 10019 | New York, NY 10019 | New York, NY 10010 |

Re: <u>United States v. Michael Persico</u>
<u>Criminal Docket No. 10-147 (S-6) (DLI)</u>

Dear Counsel:

The government writes in response to your letter dated August 19, 2016 (Docket Entry No. 840). The government has searched for Bureau of Prisons records in its possession responsive to the requests in that letter and in your email dated August 10, 2016. The only responsive documents in the government's possession are the documents that were re-produced on August 19, 2016 (Docket Entry No. 839) and an additional document reflecting Alphonse Persico's visitor list, which is enclosed with this letter and is Bates-numbered M. Persico 8/22/16 000001-03.

Very truly yours,

ROBERT L. CAPERS
United States Attorney

By:  /s/
Allon Lifshitz
Assistant U.S. Attorney
(718) 254-6164

Enclosure

cc: Clerk of Court (by ECF) (w/o enclosure)