```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
UNITED STATES OF AMERICA,

                  Plaintiff,         Docket No.:
                                     10 CR 147
          versus
                                     U.S. Courthouse
FRANCIS GUERRA,                      225 Cadman Plaza East
                                     Brooklyn, NY 11201
                  Defendant.
---------------------------------------x
                                     September 23, 2013
                                     2:30 p.m.

          Transcript of Criminal Cause for Sentencing

Before:   HONORABLE SANDRA L. TOWNES,
                       District Court Judge


                        APPEARANCES

For the Government:          LORETTA E. LYNCH, ESQ.
                             United States Attorney
                             Eastern District of New York
                             271 Cadman Plaza East
                             Brooklyn, New York 11201
                        BY:  NICOLE M. ARGENTIERI, ESQ.,
                             ALLON LITSHITZ, ESQ.,
                             Assistant U.S. Attorneys

For the Defendant:           LAW OFFICE OF GERALD J.
                             McMAHON, ESQ.
                             26 Broadway, 18th Floor
                             New York, New York 10004
                        BY:  GERALD J. McMAHON, ESQ.
                             MATHEW MARI, ESQ.

Court Reporter:              MICHELE NARDONE, CSR, RPR, CRR
                             Official Court Reporter
                             Phone:  718-613-2601
                             Fax:  718-613-2631
                             Email:  Mishrpr@aol.com

Proceedings recorded by mechanical stenography.  Transcript
produced by computer-aided transcription.
```

1   either Russo or the defendant were arrested.
2           The testimony of the victim's brother about the
3   victim's relationship with Mrs. Persico before his death.  This
4   and other evidence was sufficient to prove the murder
5   conspiracy and the defendant's part in it by a preponderance of
6   the evidence.
7           Also, the murder of Joseph Scopo, the testimony of
8   Mr. Russo showed by a preponderance of the evidence that the
9   defendant as well as he, Mr. Russo, helped plan it; that they
10  got guns that the defendant came bringing in a gym bag; and
11  that the defendant went to prison to discuss murder plans with
12  Ted Persico; and that the group of them started to look for
13  Mr. Scopo.  He, the defendant, along with Russo and others, met
14  with Theodore Persico, Jr. at his grandmother's funeral and
15  received the okay or order to commit this murder.
16          Now, I find that it was proven, and the witness
17  Mr. Russo testified that the defendant drove the crash car,
18  which was parked on a street behind the vehicle driven by
19  Russo, carrying the shooters, Jada Pappa, and another person.
20  Pappa got out of the vehicle and killed Scopo.  When other
21  people returned fire Russo drove away with that third person
22  and left Pappa on the street.  Russo next saw Pappa minutes
23  later in the defendant's vehicle.
24          Russo testified that the defendant was driving his
25  vehicle, a blue Acura, registered in Mr. Guerra's sister's

MICHELE NARDONE, CSR, RPR, CRR - Official Court Reporter