Raymond J. Bernaz
207 Lamoka Ave.
Staten Island, New York 10308

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Irizarry,

I Raymond Bernaz, owner of Rossini's Restaurant for the past 39 years, am writing this letter on behalf of my friend Michael Persico. I have know Michael for over 50 years. Growing up as children and becoming close friends. Through the years we have enjoyed good times together and consoled each other through the bad times. We have celebrated in each other's wedding parties, celebrated in the birth of our children and consoled each other in the hardships.

I would have to say but he is a true friend, a great father, and a loving son. He is one of the best people that I know. He is so concerned with raising his children. Unfortunately his wife passed away at a very young age and all the responsibilities were on his shoulders to raise his two very young daughters, and did a darn good job. He is a truly a loving and attentive father.

His mother Joyce is a wonderful woman. She depends so much on her son Michael. With all the grandchildren and being alone with her husband incarcerated, I think it would be A great injustice to put a man that so many people depend on away.

Michael has been through many hardships but handled it with sincerity and loyalty to his friends and families. I hope that you understand, the life that he lives it's not glamorous but takes strength and love to get through. Please give your consideration to be lenient with his sentence. His daughters and mother really do need his love and guidance through the upcoming years.


Sincerely,

Raymond J. Bernaz

Deborah Bernaz
207 Lamoka Ave
Staten Island, New York 10308

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York 11201
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Irizarry,

I am writing this letter on behalf of our friend Michael Persico.

I have known Michael and his family for the past 40 years and have truly seen him as a complete gentleman and loving family man. I was introduced to him by my husband who I have known for the past 45 years during our high school years.

Upon meeting his mother Joyce and his siblings, I could see how Joyce depends on Michael to give her strength and courage to help her raise the family. He is always by his mothers side. He is truly a loving father and son.

It would be very sad for his family to be without him for a long period of time. He's Mother is in her senior years, and I truly think it would break her heart not to have him by her side to guide her. I hope you can find it in your heart to be lenient on his sentencing.

*Deborah Bernaz*

Sincerely

Honorable Dora L. Irizarry
Chief Judge, United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201


Dear Judge Irizarry,


I have known Michael Persico for over 40 years. During that time we have become good friends. We are neighbors in Saugerties, New York.

Michael has always been a kind and considerate man. He is a loving father who has had to raise his children by himself for a good part of their lives. He has done a wonderful job as his children are also kind and considerate. His Children and his Mother are his whole life and I don't know what they would do if he was sent to prison.

In all the years of spending time with Michael I have never heard a mean thing come out of his mouth towards anybody about anything. To the contrary, like myself, Michael has always gone out of his way to help people.

I am asking you to please take this into consideration upon sentencing. Michael has always been a law abiding citizen and has never done anything in just to anyone to the best of my knowledge.

Thank you for your consideration in this matter,

                                                       Mitchell DeCarlo
                                                       Owner, Jami Amusement Company
                                                       P.O. Box 1000
                                                       Saugerties, N.Y. 12477

Dear Judge Irizarry,

    I am writing this letter on behalf of Michael Persico. I have known Mike for about seven years. Mike brought property around my home of 25 years. Mike has done nothing but improve the neighborhood and surrounding area. Because my property is behind and next to Michaels I have mixed feeling about it. Michael has been nothing but a gentleman and good neighbor to my family and myself. I find Michael to be of good character and a great citizen.

    Your Honor, I am a people person. I am a elected official for the Village of Saugerties. I feel I am a great judge of character and Michael is of good character. He has won my respect. Your honor I respectfully ask that you give Michael a chance to enjoy his family and our great community. I respectfully ask that you sentence Michael to community service.

    Thank You for your time and judgement in this matter.

                                          Donald Hackett
                                          19 Montross Street
                                          Saugerties, New York  12477

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

Dear Judge Irizarry,

    I have known Michael Persico Sr. for over 7 years, since his son started dating my step-daughter, Tara. I've only know him to be a very devoted family man who is deeply involved in a supportive way with all his children's lives. When I was asked by his son Michael for permission to marry my step-daughter, after dating for 15 months, I was completely thrilled to have Michael Jr. become my son in law as we were overjoyed with his character, work ethics, and love for Tara.

    This is a true testament to the character of his father who raised him. Michael Sr. has one daughter that is a school teacher, another in school to become a teacher and one that is still in college, which are also a barometer for the kind of people they are and a father that he is.

    For every illness, family celebration or holiday, he is always the first one to show up and lend his support in any and every way that he can. Throughout Tara and Michael Jr's. timeline together such as their wedding, buying a house and birth of both of their children, he has been there for any support they needed and has been a wonderful, attentive grandfather.

    In every way that matters in the life of a family, he has been everything that a parent hopes for their daughter's family and as a result has become an integral part of our family as well.

    As I know he has his children that rely on his support and I'm sure not having their dad would create a terrible hardship for them. His (and our) granddaughter absolutely adores him, and it would be a great loss for her, our daughter, and his son Michael as well.

    I hope you will take the character of the man that we have come to know, into consideration towards your decision.

                                                 Respectfully,

                                               Robert Hyland

Dear Judge Irizarry:

     I have known Michael Persico for nearly 40 years. A distant relative of mine married a relative of his decades ago. I have been in the restaurant business throughout my career and many years ago, Michael was looking for someone who would be a good partner. For nearly 20 years, Michael and I have collaborated on various restaurant/ food store projects.

     During this time, I have come to know Michael extremely well. He has become like a brother to me. Michael is good, generous and kind. He is always supportive, even when things don't seem to be going well. Michael's entrepreneurial skills are amazing. He sees what no one else would see and is able to get others to see it as well. I am endlessly in awe of his business acumen as well as his humble manner. Michael treats everyone – waiters, busboys, and all personnel – with kindness that not many people do. He is truly a gem.

     I write to ask Your Honor to consider who Michael is as a human being when you sentence him. Although he may have made a mistake, I can tell you with without doubt that he is an intelligent, warm-hearted, caring person who will always be productive and good for our society.

     I have experienced a lot of loss in life, including the loss of my young son at age 33. It was the hardest thing I have ever gone through, and naturally I will never be over it. The only thing in my life now that I can equate to that would be to lose Michael for any period of time. Michael is like a son and a brother to me. He has only goodness in his soul. I ask you for the sake of all of us who know him well, love him and depend on him to be compassionate and lenient when sentencing him and to recognize that he is not who some people may try to suggest he is simply because of his last name. He is a good human being with the best of intentions for all.

                                  Very truly yours,
                                  Rocky Morelli

February 16, 2017

Honorable Dora L. Irizarry
Chief United States Justice
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Michael Persico

Dear Judge Irizarry:

It is with great pleasure that I write this letter on behalf of Michael Persico. My name is James Murphy and I have known Michael for over three years. Our relationship started as a business one and eventually evolved into a social friendship as well.

During my time spent with Michael I observed him as a diligent worker and a perfectionist in the renovation and rental real estate market. I have watched him work hard to develop the local market and always found him to be honest and reputable in his real estate business dealings.

Also, over the period that I have known Michael, I had the pleasure of spending time at his upstate residence. I attended and enjoyed many community events he sponsored where I was able to see his incredible relationship with the local community, his friends, children, and granddaughter.

I am deeply worried that a harsh sentence would impact his children, family and grandchildren by depriving them of his assistance, guidance and love in their lives. In addition, I would request leniency with any sentence imposed as the local community would also suffer without him around to host, sponsor and support local charities and events along with adding income, jobs and growth to the local real estate development. Thank you for your time and consideration.

Sincerely,

James Murphy

Thomas Solito
17 Powder Mill Road
Saugerties, NY 12477

Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Camden Plaza East
Brooklyn, NY 11201

Re: Michael Persico

Dear Judge Irizarry:

I have known Michael Persico for over thirty years. I made his acquaintance through his family who lived in the Blue Mountain area of Saugerties, the Town in which I live. I have partly supported myself as a handyman/jack of all trades and did odd jobs for friends of the Persicos and eventually, periodically, worked for Michael at his home in Saugerties.

I have been active in the Saugerties community in numerous volunteer positions. I am a volunteer fireman, former fire commissioner, was a trustee and president of the Blue Mountain Cemetery, a member of the Elk's Club and other civic organizations. Along the way, I established a children's charity known as Sonny's kids which organized social events for the benefit of children and families in the community. This included the distribution of food baskets and gifts at the holidays. Michael has always been very generous with his support for all of these community organizations and activities and has never sought public recognition for his donations.

My experience with Michael is that he has always been a generous and kind friend and neighbor. He has supported the community and has always been helpful to me and my family personally.

I offer this letter in support of Miachael's and his family's request for leniency in sentencing which, based on my experience, he is deserving of.

Sincerely,

Thomas Solito

April 28th 2017

Honorable Dora L Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

Dear Judge Irizarry

I am writing this letter in regards to my business relationship with Michael Persico.

As President of Mahattan Ford, I found Michael Persico to be both honest and sincere in our companies business relationship. I also come to know Michael as a person of good character, cherished by his family. It would be a tragedy for him and his family if he were to be incarcerated, he has been there for their every need and has provided support for them through difficult times.

Times have not always been easy for Michael who has always tried to live his life in a law-abiding manner.

If you can consider leniency Michael and his family would be forever greatful.

Thank you kindly for any consideration in this matter.

Yours truly,

Albert Vitarelli Jr.

Albert Vitarelli Jr
694 Coilfield Ave
Staten Island, NY 10314